STATE OF MAINE

Sagadahoc, ss.

SUPERIOR COURT
*AMH - SAG 9/8/2010*

CHASE HOME FINANCE, LLC

Plaintiff

v.

Docket No. RE-10-004
(title to real estate involved)

GRETCHEN GRUFMAN

Defendant.

## ORDER

Plaintiff's supplemental filings regarding its standing have addressed the ownership issue left open in the court's July 7, 2010 order in this case. The court has reviewed the Defendant's responsive filing dated August 24, 2010 and docketed August 25, 2010, and does not find it raises genuine issues of material fact for purposes of the Plaintiff's motion for summary judgment. The court therefore is granting judgment to the Plaintiff.

Pursuant to M.R. Civ. P. 79(b), the Clerk is hereby directed to incorporate this Order by reference in the docket.

Dated: 8 September 2010

_____
A. M. Horton,
Justice, Superior Court